**Electronically Filed
Supreme Court
SCWC-24-0000459
12-JUN-2026
10:11 AM
Dkt. 31 ODSMR**

SCWC-24-0000459

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ANNETTE BLOCH,
Respondent/Plaintiff-Appellee,

vs.

DAVID MICHAEL BLOCH,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000459; CASE NO. 3FDV-22-0000791)

ORDER DISMISSING MOTION REQUESTING RECONSIDERATION
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Char, assigned by reason of vacancy)

Petitioner/Defendant-Appellant David Michael Bloch's motion requesting reconsideration filed on June 5, 2026, is dismissed. See Hawaiʻi Rules of Appellate Procedure Rule 40.1(h) (eff. 2026).

DATED: Honolulu, Hawaiʻi, June 12, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Stephanie R.S. Char

